| | | |
|---|---|---|
| MISTY JEAN JAMISON<br>90 DEER RUN RD<br>HATTIESBURG, MS 39402 | COASTAL ANESTHESIA<br>3017 13TH ST<br>GULFPORT, MS 39503 | NATIONAL CREDIT<br>ATTN: BANKRUPTCY<br>P.O. BOX 672288<br>ATLANTA, GA 30006 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CREDIT NINJA<br>27 N WACKER DR<br>#404<br>CHICAGO, IL 60606 | NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501 |
| ADVANCE AMERICA<br>3910 HARDY ST<br>STE 20<br>HATTIESBURG, MS 39401 | FORREST GENERAL HOSP<br>6051 MS HWY 49<br>HATTIESBURG, MS 39401 | OPPLOANS<br>ATTN: BANKRUPTCY<br>130 E RANDOLPH ST<br>STE 3400<br>CHICAGO, IL 60601 |
| ALICIA MCDANIEL NP<br>1340 BROAD AVE #440<br>GULFPORT, MS 39507 | GENESIS FS<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | RELIAS EMERGENCY MEDIC<br>P.O. BOX 30275<br>CHARLOTTE, NC 28230-020 |
| ALLY FINANCIAL, INC<br>ATTN: BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON, IL 55438 | KEYSTONE BILLING<br>15200 COMMUNITY RD<br>GULFPORT, MS 39503 | REPUBLIC FINANCE<br>ATTN: BANKRUPTCY<br>7031 COMMERCE CIRCLE<br>BATON ROUGE, LA 70809 |
| ASPIRE CREDIT CARD<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | SINGING RIVER HEALTH<br>PO BOX 15203<br>HATTIESBURG, MS 39404 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | MAXEM HEALTH<br>PO BOX 1248<br>OCEAN SPRINGS, MS 39566 | SOUTHERN FINANCIAL SVC<br>P.O. BOX 15203<br>HATTIESBURG, MS 39404 |
| CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT, MS 39502 | TARGET<br>PO BOX 9475<br>MINNEAPOLIS, MN 55440 |
| CHILDREN'S INTERNATION<br>59101 AMBER ST<br>SLIDELL, LA 70461 | MOBILOANS, LLC<br>ATTN: BANKRUPTCY<br>PO BOX 1409<br>MARKSVILLE, LA 71351 | TOTAL FOOT CARE<br>34 FRANKLIN RD<br>HATTIESBURG, MS 39402 |

```
URGENT CARE
4910 OLD HWY 11
HATTIESBURG, MS 39402


WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232
```