# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50549  **Case Name:** Misty Jean Jamison

**Set:** 07/08/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #17) - RESET TO 8/19/25

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) The Objection filed by the Trustee (Dkt. #17) is reset to 8/19/25. Confirmation hearing removed. (mcc)