# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50549         **Case Name:** Misty Jean Jamison
**Set:** 08/19/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson
**matter** Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #17)

Minute Entry Re: (related document(s): [17] Objection to Confirmation of the Plan filed by David Rawlings) Duncan to submit an Agreed Order. Order due by 09/02/2025. Email received from Duncan. (mcc)