United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50549-KMS
Misty Jean Jamison  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Aug 25, 2025     Form ID: n031     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Misty Jean Jamison, 90 Deer Run Rd, Hattiesburg, MS 39402-8736 |
| cr | + | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway Suite G-601, Abilene, TX 79602-1196 |
| 5499203 | + | Advance America, 3910 Hardy St, Ste 20, Hattiesburg, MS 39402-1500 |
| 5499204 | + | Alicia McDaniel NP, 1340 Broad Ave #440, Gulfport, MS 39501-2460 |
| 5499209 | + | Children's Internation, 59101 Amber St, Slidell, LA 70461-3708 |
| 5499210 | + | Coastal Anesthesia, 3017 13th St, Gulfport, MS 39501-1833 |
| 5499212 | | Forrest General Hosp, 6051 MS Hwy 49, Hattiesburg, MS 39401 |
| 5499214 | + | Keystone Billing, 15200 Community Rd, Gulfport, MS 39503-3085 |
| 5499216 | + | Maxem Health, PO Box 1248, Ocean Springs, MS 39566-1248 |
| 5499217 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5499222 | + | Relias Emergency Medic, P.O. Box 30275, Charlotte, NC 28230-0275 |
| 5499224 | + | Singing River Health, PO Box 15203, Hattiesburg, MS 39404-5203 |
| 5499225 | + | Southern Financial Svc, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5499227 | + | Total Foot Care, 34 Franklin Rd, Hattiesburg, MS 39402-1318 |
| 5499228 | + | Urgent Care, 4910 Old Hwy 11, Hattiesburg, MS 39402-9767 |
| 5499229 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5523794 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2025 19:38:07 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5499205 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2025 19:32:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5499206 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 25 2025 19:32:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5499211 | | Email/Text: bankruptcy_filings@creditninja.com | Aug 25 2025 19:32:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5499207 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2025 19:38:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5499208 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 25 2025 19:32:00 | CashNet USA, 175 W Jackson, Ste 600, Chicago, IL 60604-2948 |
| 5526325 | + | Email/Text: opportunitynotices@gmail.com | Aug 25 2025 19:32:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5499213 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2025 19:32:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5502447 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2025 19:38:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5499215 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: n031 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 25 2025 19:38:05 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5499218 | | Email/Text: bankruptcy@mobiloans.com | Aug 25 2025 19:32:00 | Mobiloans, LLC, Attn: Bankruptcy, Po Box 1409, Marksville, LA 71351 |
| 5499219 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 25 2025 19:32:00 | National Credit, Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 5523164 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 25 2025 19:32:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta, GA 30006 |
| 5499220 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 25 2025 19:32:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5499221 | + | Email/Text: opportunitynotices@gmail.com | Aug 25 2025 19:32:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 5525313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2025 19:38:07 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5511369 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2025 19:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5499223 | | Email/Text: bankruptcy@republicfinance.com | Aug 25 2025 19:32:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5506541 | | Email/Text: bankruptcy@republicfinance.com | Aug 25 2025 19:32:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5501033 | | Email/Text: bankruptcy_department@clacorp.com | Aug 25 2025 19:32:00 | Simple Fast Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350 |
| 5502998 | ^ | MEBN | Aug 25 2025 19:30:12 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5499226 | + | Email/Text: bncmail@w-legal.com | Aug 25 2025 19:32:00 | Target, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5501502 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 25 2025 19:32:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025          Signature:    /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: n031 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Misty Jean Jamison trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

**Case No.:** 25−50549−KMS
**Chapter:** 13

**In re:**

Misty Jean Jamison
aka Misty J Jamison
90 Deer Run Rd
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 25, 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 25, 2025                                         Danny L. Miller, Clerk of Court